IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JANE DOE, as parent and next friend of J.A., a minor child,<br><br>　　　　Plaintiff,<br><br>v.<br><br>(1) INDEPENDENT SCHOOL DISTRICT NO. 1 OF TULSA COUNTY, a/k/a TULSA PUBLIC SCHOOLS, *et al.*,<br><br>　　　　Defendants. | Case No. 24-cv-414-MTS |

### ENTRY OF APPEARANCE

To:　The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

Defendants:　(1)　Independent Schools District No. 1 of Tulsa County, a/k/a Tulsa Public Schools, and
　　　　　　　(2)　Dr. Ebony Johnson

Date: October 30, 2024

　　　　　　　　　　　　　　　　　　　　　**Respectfully submitted**,

　　　　　　　　　　　　　　　　　　　　　**ROSENSTEIN, FIST & RINGOLD**

　　　　　　　　　　　　　　　　　　　　　*s/ Mark S. Rains*
　　　　　　　　　　　　　　　　　　　　　**Mark S. Rains, OBA No. 10935**
　　　　　　　　　　　　　　　　　　　　　**525 South Main Street, Suite 700**
　　　　　　　　　　　　　　　　　　　　　**Tulsa, Oklahoma 74103-4508**
　　　　　　　　　　　　　　　　　　　　　**Telephone: (918) 585-9211**
　　　　　　　　　　　　　　　　　　　　　**Facsimile: (918) 583-5617**
　　　　　　　　　　　　　　　　　　　　　**mrains@rfrlaw.com**

　　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS, INDEPENDENT SCHOOL DISTRICT NO. 1 OF TULSA COUNTY, OKLAHOMA, A/K/A TULSA PUBLIC SCHOOLS, AND DR. EBONY JOHNSON**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of October, 2024, I served a true and correct copy of the foregoing document as follows:

<u>Via CM-ECF:</u>

Donald E. Smolen, II
Chris U. Brecht
*Attorneys for Plaintiff*

                                                      *s/ Mark S. Rains*
                                                     **MARK S. RAINS**